■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DONTAE E. COBLE, Also Known as D-MONEY, Appellant. [945 NYS2d 587]—Appeal from a judgment of the Erie County Court (Michael F. Pietruszka, J.), rendered November 23, 2010. The judgment convicted defendant, upon his plea of guilty, of murder in the second degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Scudder, P.J., Centra, Peradotto, Carni and Lindley, JJ.